```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


GEORGE EDWARDS,                    )
                                   )
          Petitioner,              )
                                   )
     vs.                           )    No. 4:07CV1783-DJS
                                   )
MICHAEL BOWERSOX,                  )
                                   )
          Respondent.              )
```

## ORDER

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner George Edwards' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

**IT IS FURTHER ORDERED** that Missouri Attorney General Chris Koster is hereby added as a proper party respondent.

Dated this ___20th___ day of December, 2010.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE